CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/6/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> 2.58 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*, <br><br> *Defendants.* | CASE NO. 6:17-CV-00089 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| ************************************ | |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> 5.15 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*, <br><br> *Defendants.* | CASE NO. 6:18-CV-00013 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| ************************************ | |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> 1.16 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*, <br><br> *Defendants.* | CASE NO. 6:18-CV-00014 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| ************************************ | |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> 3.39 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*, <br><br> *Defendants.* | CASE NO. 6:18-CV-00015 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC,<br>      *Plaintiff,*<br>v.<br>4.86 ACRES, MORE OR LESS, IN BUCKINGHAM CO, VIRGINIA, *ET AL.*,<br>      *Defendants.* | CASE NO. 6:18-CV-00016<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |
| ATLANTIC COAST PIPELINE, LLC,<br>      *Plaintiff,*<br>v.<br>0.43 ACRE, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*,<br>      *Defendants.* | CASE NO. 6:18-CV-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |
| ATLANTIC COAST PIPELINE, LLC,<br>      *Plaintiff,*<br>v.<br>1.74 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*,<br>      *Defendants.* | CASE NO. 6:18-CV-00018<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |
| ATLANTIC COAST PIPELINE, LLC,<br>      *Plaintiff,*<br>v.<br>5.07 ACRES, MORE OR LESS, IN CUMBERLAND COUNTY, VIRGINIA, *ET AL.*,<br>      *Defendants.* | CASE NO. 6:18-CV-00019<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, | CASE NO. 6:18-CV-00020 |
| *Plaintiff,* | |
| v. | ORDER |
| 0.07 ACRE, MORE OR LESS, IN BUCKINGHAM CO., VIRGINIA, *ET AL.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |
| ************************************ | |
| ATLANTIC COAST PIPELINE, LLC, | CASE NO. 6:18-CV-00021 |
| *Plaintiff,* | |
| v. | ORDER |
| 0.94 ACRE, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *ET AL.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |
| ************************************ | |
| ATLANTIC COAST PIPELINE, LLC, | CASE NO. 6:18-CV-00022 |
| *Plaintiff,* | |
| v. | ORDER |
| 4.61 ACRES, MORE OR LESS, IN CUMBERLAND COUNTY, VIRGINIA, *ET AL.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

These condemnation cases are before the Court on Plaintiff's motions for a hearing[1] on its motions for immediate possession and partial summary judgment. These cases all pertain to the construction of the Atlantic Coast Pipeline. Plaintiff requests a hearing due to "the emergency reasons" stated in its motions for immediate possession. These reasons include the fact that "federal regulations regarding certain federally-protected birds" require any tree felling

---

[1] Plaintiff has submitting numerous filings that either explicitly request a hearing or simply state that a hearing is taking place on February 26, 2018. *See* 6:17-cv-00089 (Dkt. 12); 6:18-cv-00020 (Dkt. 8); 6:18-cv-00021 (Dkt. 8); 6:18-cv-00022 (Dkt. 8). *See also* 6:18-cv-00013 (Dkt. 9); 6:18-cv-00014 (Dkt. 9); 6:18-cv-00015 (Dkt. 10); 6:18-cv-00016 (Dkt. 9); 6:18-cv-00017 (Dkt. 10); 6:18-cv-00018 (Dkt. 10); 6:18-cv-00019 (Dkt. 9). These cases, however, are not currently scheduled for a hearing. I construe all these filings as motions requesting a hearing.

to be completed by March 14, 2018. Plaintiff represents that a failure to complete the tree felling by this date would result in the postponement of construction until November 2018.

Thus, finding that good cause has been shown for holding the requested hearing, Plaintiff's requests for hearings in the above captioned cases are hereby **GRANTED**.[2]

The Clerk is directed to include the above captioned cases in the hearing already scheduled for February 26, 2018 at 9:30 A.M. Additionally, Plaintiff is directed to serve a copy of this Order on all Defendants in the above captioned cases.

Entered this __6th__ day of February, 2018.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] To the extent that Defendants are not provided notice of the hearing before the hearing, they are not required to attend. Plaintiff is instructed to file with the Court proof that service has been effectuated on Defendants and that notice of the above mentioned hearing was provided.